O

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA07-111M |
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| Agnes Arteaga, | |
| Defendant. | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Philip R. Martinez, United States District Judge, of the United States District Court for the Western District of Texas, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),   The Court finds that the defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the nature of the charged offense, the defendant's refusal to cooperate with Pretrial Services, and the nature of the charge offense, which indicates the defendant is unlikely to comply with conditions of release.

///

1    IT THEREFORE IS ORDERED that the defendant be detained pending the further
2 revocation proceedings in the charging district.

5 Dated: April 16, 2007

                                                <u>ARTHUR NAKAZATO</u>
                                                ARTHUR NAKAZATO
                                     UNITES STATES MAGISTRATE JUDGE